NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1558
(Opposition No. 91/174,518)

KARL STORZ GMBH & CO. KG,

Appellant,

v.

BAUSCH & LOMB INCORPORATED,

Appellee.

Appeal from the United States Patent and Trademark Office,
Trademark Trial and Appeal Board.

ON MOTION

## O R D E R

Upon consideration of the joint motion to dismiss this appeal, due to settlement,

IT IS ORDERED THAT:

(1)    The motion is granted.

(2)    All other pending motions are moot.

(3)    Each side shall bear its own costs.

FOR THE COURT

JUN - 9 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:    Wesley W. Whitmyer, Jr., Esq.
       Floyd A. Mandell, Esq.

s8

ISSUED AS A MANDATE:    JUN - 9 2009 _____

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 09 2009

JAN HORBALY
CLERK